HEATHER E. WILLIAMS, Bar No. 122664
Federal Defender
ANN C. M<sup>c</sup>CLINTOCK, Bar No. 141313
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorneys for Movant
JASON ELLIS SMITH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:98-cr-009-KJM-CKD |
| Plaintiff-Respondent, | STIPULATED BRIEFING SCHEDULE AND ORDER |
| v. | |
| JASON ELLIS SMITH, | Judge: Hon. Carolyn K. Delaney |
| Defendant-Movant. | |

Movant JASON ELLIS SMITH, by and through his appointed counsel, filed a Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. §2255 pursuant to *Johnson v. United States*, *nunc pro tunc* on June 17, 2016. See Docket entry no. 114. On March 10, 2017, this matter was reassigned to the Honorable Kimberley J. Mueller. Docket entry no. 113. On March 31, 2017, this matter was referred to a magistrate judge. Docket entry no. 115. Magistrate Judge Delaney is listed on the docket even though no minute entry documents this assignment. To date, no briefing schedule has issued.

Mr. Smith wishes to accelerate the disposition of this case. The government does not object to an accelerated schedule.

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Ross K. Naughton, Assistant United States Attorney, attorneys for Respondent, and Heather Williams, Federal Defender, through Assistant Federal Defender, Ann

C. M<sup>c</sup>Clintock, attorneys for Jason Ellis Smith, that the briefing schedule be set to allow the government to file and serve its answer within 60 days, and for Movant to file a traverse, if any, within 30 days thereafter.

DATED: April 27, 2017  Respectfully,

HEATHER E. WILLIAMS
Federal Defender


*/s/ Ann C. M<sup>c</sup>Clintock*
ANN C. M<sup>c</sup>CLINTOCK
Assistant Federal Defender

Attorney for Defendant-Movant
JASON ELLIS SMITH

DATED: May 1, 2017  PHILLIP A. TALBERT
United States Attorney

*/s/ Ross K. Naughton*
ROSS K. NAUGHTON
Assistant U.S. Attorney

Attorney for Plaintiff-Respondent

**ORDER**

The parties' stipulation is accepted.  The government shall file a response to Movant Smith's June 17, 2016, Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. §2255 pursuant to *Johnson v. United States,* Docket entry no. 114, no later than 60 days from the effective date of this order. Movant shall file a traverse or reply, if any, no later than 30 days after service of the government's response.

Dated:  May 1, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE