1  PHILLIP A. TALBERT
   Acting United States Attorney
2  ROBERT J. ARTUZ
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
   Attorneys for Plaintiff
6  United States of America

7                    IN THE UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,          CASE NO. 2:98-CR-00009-KJM
                                                 2:96-CR-00450-KJM
11                     Plaintiff,

12           v.                        ORDER SEALING DOCUMENTS  AS SET FORTH
                                       IN GOVERNMENT'S NOTICE
13  JASON ELLIS SMITH,

14                     Defendant.

15

16

17

18

19          Pursuant to Local Rule 141(b) and based upon the representation contained in the Government's

20  Request to Seal, IT IS HEREBY ORDERED that the Government's Exhibit 2 to Government's

21  Opposition to Defendant's Motion for Compassionate Release pertaining to defendant Jason Smith, and

22  the Government's Request to Seal shall be SEALED until further order of this Court.

23          It is further ordered that electronic access to the sealed documents shall be limited to the United

24  States and counsel for the defendant.

25          The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court*

26  *for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990).  The Court finds that, for the reasons stated in

27  the Government's Request, sealing the Governments's Request and Exhibit 2 serves a compelling

28  interest.  The Court further finds that, in the absence of closure, the compelling interests identified by the

government would be harmed.  In light of the public filing of its Notice to Seal, the Court further finds that there are no additional alternatives to sealing the Government's Request and Exhibit 2 that would adequately protect the compelling interests identified by the government.

DATED:  May 4, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE