HEATHER E. WILLIAMS, #122664
Federal Defender
ANN C. McCLINTOCK, Bar #141313
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant-Movant
JASON ELLIS SMITH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JASON ELLIS SMITH,<br><br>Defendant-Movant. | Case No.: 2:98-cr-0009 KJM<br>2:96-cr-0450 KJM<br><br>**ORDER TO SUBSTITUTE DEFENDANT'S EXHIBITS 1 AND 2 AND TO PERMIT FILING OF REDACTED EXHIBITS 4-6** |

GOOD CAUSE APPEARING, it is HEREBY ORDERED as follows:

1. The Clerk is directed to substitute the redacted Exhibit 1 and Exhibit 2 in place of the exhibits currently filed as docket entry nos. 88-1 and 88-2 in case number 2:96-cr-00450 and for docket entry nos. 129-1 and 129-2 in case number 2:98-cr-0009; and

2. Defendant is authorized to file his redacted Exhibits 4, 5, and 6 in support of his emergency motion for a reduction in sentence and compassionate release.

DATED: May 25, 2021.

*/s/ signature*
CHIEF UNITED STATES DISTRICT JUDGE

ORDER